IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cr-00617-MHT |
| | ) | (WO) |
| ZACHARY KANE HENDERSON | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture filed on July 1, 2026 (Doc. 56).

On February 26, 2026, this court entered a preliminary order of forfeiture (Doc. 29) ordering the defendant to forfeit his interest in a Harrington & Richardson (New England Firearms), Pardner Model SB1, 12-gauge shotgun bearing serial number NG432272X, and ammunition.[*]

Notice of this forfeiture, and of the government's intent to dispose of the property in accordance with the law as specified in the preliminary order of forfeiture, and further notifying all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property, was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. *See* Decl. of Publication (Doc. 54). On April 23, 2026, notice of this forfeiture was served on Victor L. Scanlon. *See* Process Receipt and Return (Doc. 36).

No petitions of interest have been filed, and the time to do so has expired. Therefore, any third-party interests are barred for failure to file a timely petition.

---

[*] The government does not seek final forfeiture of ammunition in this case.

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461, and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 922(g)(1).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture is granted as follows:

1.      The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461: **a Harrington & Richardson (New England Firearms), Pardner Model SB1, 12-gauge shotgun bearing serial number NG432272X.**

2.      All right, title, and interest to/in the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DONE, this the 23rd day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2